UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199SEIU UNITED HEALTHCARE WORKERS EAST,

    Plaintiff,

– against –

RITE AID OF NEW YORK INC.,

    Defendant.

**ORDER**

16 Civ. 8646 (ER)

Ramos, D.J.:

The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated: April 6, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.